## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## (Greenbelt Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **PATRICK WAYNE DONOVAN** | * | Case No: 19-20172-LSS<br>Chapter 7 |
| **Debtor,** | * | |

\* \* \* \* \* \* \* \* \* \* \*

## SUGGESTION OF DEATH

Pursuant to Fed.R.Bank.P. 7025, incorporating by reference Fed.R.Civ.P 25(a)(2), Laura Margulies, Chapter 7 Trustee of the above referenced bankruptcy estate, by undersigned counsel, hereby suggests on the record that the death of Patrick Wayne Donovan, Debtor herein, occurred on December 9, 2020.

Dated: February 2, 2021    Respectfully submitted,

/s/ *Craig M. Palik*
McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A.
Craig M. Palik, Esquire (15254)
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
Phone: 301-441-2420
jfasano@mhlawyers.com
*Counsel for Laura Margulies, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2021 a copy of the foregoing was filed and served via the Court's Electronic Case Filing System on all parties receiving notice thereby.

/s/ *Craig M. Palik*
Craig M. Palik